The People of the State of New York, Respondent, *v.* Vendóme Service, Inc., Appellant.

Argued November 26, 1940; decided December 31, 1940.

*Samuel L. Teitler* and *Samuel B. Newman* for appellant.

*William C. Chanler, Corporation Counsel (Oren Clive Herwitz* and *Paxton Blair* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.